IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHAWNA SPEARS                                                                                    PLAINTIFF

v.                                            No. 2:17-CV-2026

BILL HOLLENBECK, in his individual and official
capacities as Sheriff of the Sebastian County Sheriff's
Office; JUDGE DAVID HUDSON; SEBASTIAN
COUNTY QUORUM COURT; CAPTAIN REED;
SGT. HAMMOND; DEPUTY SHORT; DEPUTY
WES MELTON; SEBASTIAN COUNTY, ARKANSAS                        DEFENDANTS

## ORDER

Before the Court is Plaintiff's Joint Motion (Doc. 26) to dismiss with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). It appearing that the parties are in agreement, the motion (Doc. 26) is GRANTED, and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 23rd day of February, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE